UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI)

Case No.  1:26-cv-20213-JB

**MAYDA HORTA,**

    Plaintiff,

v.

**LVNV FUNDING LLC,**

    Defendant.

_____/

## JOINT SCHEDULING REPORT

Plaintiff, MAYDA HORTA and Defendant LVNV FUNDING LLC., (collectively, the "Parties"), submit this Joint Scheduling Report and request that this case be assigned a *standard* Case Management Track.

## CONFERENCE REPORT

(A)    LIKELIHOOD OF SETTLEMENT

The Parties agree to keep settlement discussions open.

(B)    LIKELIHOOD OF APPEARANCE OF ADDITIONAL PARTIES

The Parties do not anticipate the appearance of any additional plaintiffs or defendants.

(C)(i)    PROPOSED DEADLINE TO AMEND OR JOIN ADDITIONAL PARTIES

The Parties propose: 3/16/2026.

(C)(ii)    PROPOSED DEADLINE TO FILE DISPOSITIVE MOTIONS

The Parties propose: 12/16/2026.

(C)(iii) PROPOSED DEADLINE FOR COMPLETION OF DISCOVERY

    The Parties propose: 10/14/2026.

(D)    PROPOSALS FOR THE FORMULATION AND SIMPLIFICATIONS OF ISSUES

    The Parties agree to cooperate in trying to simplify the issues through discovery.

(E)    LIKELIHOOD OF AMENDMENTS TO THE PLEADINGS

    Plaintiff does not anticipate amendment of the pleadings. Defendant does not anticipate amendment to the pleadings.

(F)    POSSIBILITY OF FACTUAL AND/OR DOCUMENT ADMISSION(S) TO AVOID UNNECESSARY PROOF

    The Parties will seek and obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents. At this time, there is no need for any advance rulings with respect to admissibility of evidence.

(G)    SUGGESTIONS OF THE AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE

    The Parties shall attempt to streamline the presentation of evidence to advance the case to trial, and to minimize the duration of the proposed trial, as to those facts and evidence where there is no dispute.

(H)    REFERRING MATTERS TO A MAGISTRATE JUDGE

    The Parties agree to referring discovery disputes and other non-dispositive matters, such as motions for attorneys' fees, to a Magistrate Judge.

(I)    ESTIMATE OF THE TIME REQUIRED FOR TRIAL

    The Parties believe that trial will take 1-2 days.

(J)    REQUESTED DATE FINAL PRETRIAL CONFERENCE AND TRIAL

    The Parties request that the final pretrial conference be scheduled for 5/17/2027, with the two-week trial period beginning on 5/31/2027.

(K)    ANY OTHER INFORMATION THAT MIGHT BE HELPFUL TO THE COURT

    None.

## DISCOVERY PLAN

(A) <u>TIMING, FORM, AND/OR REQUIREMENT OF RULE 26(A) DISCLOSURES</u>

The Parties do not believe any changes should be made to required disclosures.

(B) <u>DISCOVERY SUBJECTS, COMPLETION DATE, AND/OR LIMITATIONS</u>

Plaintiff anticipates discovery will be needed with respect to the allegations set forth in the operative complaint, particularly those that Defendant either denies or did not otherwise admit, as well as any of Defendant's affirmative defenses to the claims proffered by Plaintiff.

Defendant anticipates discovery will be needed with respect to the allegations of the operative Complaint and defenses or claims thereto.

The Parties do not believe discovery should be conducted in phases or limited to any specific issues.

(C) <u>ISSUES CONCERNING ELECTRONICALLY STORED INFORMATION</u>

The Parties will produce documents in electronic format, specifically, .PDF.

(D) <u>ISSUES CONCERNING DISCLOSURE OF PRIVILEGED INFORMATION</u>

The Parties agree that the inadvertent disclosure of information protected by the attorney-client and/or work-product privilege shall not constitute a waiver of an otherwise valid claim of privilege

(E) <u>CHANGES AND LIMITATIONS ON DISCOVERY</u>

The Parties do not seek any changes to the limitations on discovery imposed by the Rules.

(F) <u>NEED FOR ORDERS WITH RESPECT TO RULE 26(c), RULES 16(b) AND (c)</u>

None.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Respectfully Submitted,

| | |
|---|---|
| /s/ Ivory Hadaway | /s/ John M. Marees |
| **IVORY HADAWAY, ESQ**. | **LAUREN M. BURNETTE, ESQUIRE** |
| Florida Bar No. 1043061 | FL Bar No. 0120079 |
| E-mail: Ivory@pzlg.legal | **JOHN M. MAREES II, ESQUIRE** |
| **VICTOR ZABALETA, ESQ.** | FL Bar No. 069879 |
| Florida Bar No. 118517 | MESSER STRICKLER BURNETTE, LTD. |
| E-mail: Victor@pzlg.legal | 1400 Marsh Landing Parkway, Suite 109 |
| PATTI ZABALETA LAW GROUP | Jacksonville, FL 32250 |
| 110 SE 6th Street, 17th Floor | (904) 373-0646 |
| Fort Lauderdale, Florida 33301 | (904) 298-8350 (fax) |
| Phone: 954-955-8298 | lburnette@messerstrickler.com |
| | jmarees@messerstrickler.com |
| *COUNSEL FOR PLAINTIFF* | |
| | *COUNSEL FOR DEFENDANT LVNV FUNDING* |